IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND LAMB,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.                                                               CASE NO. 1D15-3479

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed November 9, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Raymond Lamb, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied.  See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).  We encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below.

BENTON, RAY, and OSTERHAUS, JJ., CONCUR.